IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brian Kelly, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Pixi Inc.,<br><br>Defendant. | Civil Action No.: 1:24-cv-05635-NG-JRC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Brian Kelly, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant Pixi, Inc., with prejudice.

Dated: August 13, 2025

Respectfully submitted,

GUCOVSCHI ROZENSHTEYN, PLLC

By: */s/ Adrian Gucovschi*
    Adrian Gucovschi, Esq.

Adrian Gucovschi
140 Broadway, Fl. 46
New York, NY 10005
Tel: (212) 884-4230
adrian@gr-firm.com

*Counsel for Plaintiff*

So Ordered

/s/ (NG)
Nina Gershon, USDJ
October 1, 2025